IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DIANA MEY, individually and on behalf of a class of all persons and Entities similarly situated,<br><br>    Plaintiff<br><br>v.<br><br>INTERSTATE NATIONAL DEALER SERVICES, INC., DEALER SERVICES CORPORATION, ALL AMERICAN AUTO PROTECTION, INC.<br><br>    Defendants | CIVIL ACTION FILE<br><br>NO.  1:14-cv-01846-ELR |

# CERTIFICATE OF SERVICE

Now comes INTERSTATE NATIONAL DEALER SERVICES, INC., a defendant in the above-styled action, and files its Certificate of Service of the following:

(1) *Defendant Interstate National Dealer Service Inc.'s First Set of Request for Production to US Direct Protect LLC;*

(2) *Defendant Interstate National Dealer Service Inc.'s Subpoena to non-party Mars Consulting USA Inc.;*

(3) *Defendant Interstate National Dealer Service Inc.'s Subpoena to non-party All American Auto Protection Inc.; and*

1

The undersigned counsel for defendant certify that the above-described document was served on July 2, 2015, on the following:

Steven H. Koval, Esq.
THE KOVAL FIRM, LLC
3575 Piedmont Road
15 Piedmont Center, Suite 120
Atlanta, Georgia 30305
Steve@KovalFirm.com

Edward A. Broderick, Esq.
Anthony Paronich, Esq.
BRODERICK LAW, P.C.
125 Summer Street, Suite 1030
Boston, MA 02110
ted@broderick-law.com
anthony@broderick-law.com

Matthew P. McCue, Esq.
THE LAW OFFICE OF MATTHEW P. MCCUE
1 South Avenue, Suite 3
Natick, Massachusetts 01760
mmccue@massattorneys.net

Jason S. Alloy
ROBBINS ROSS ALLOY BELINFANTE LITTLEFIELD
Suite 1120
99 Peachtree St., NE
Atlanta, GA  30309
jalloy@robbinsfirm.com

This 2nd day of July, 2015.

> s/ *Thomas J. O'Grady*
>
> Thomas J. O'Grady
> Admitted Pro Hac Vice
> Attorney for Defendant
> Interstate National Dealer Services, Inc.

<div style="margin-left:40%">

GOLDBERG SEGALLA LLP
902 Carnegie Center, Suite 100
Princeton, NJ  08540-6530
609-986-1360 (Telephone)
*togrady@goldbergsegalla.com*

*s/ Jeffrey L. Kingsley*
Jeffrey L. Kingsley
Admitted Pro Hac Vice
Attorney for Defendant
Interstate National Dealer Services, Inc.
GOLDBERG SEGALLA LLP
600 Lexington Avenue, Suite 900
New York, NY  10022
716-566-5434 (Telephone)
*jkingsley@goldbergsegalla.com*

*s/ Kenton J. Coppage*
Kenton J. Coppage
Georgia Bar No. 187190
Attorney for Defendant
Interstate National Dealer Services, Inc.
SMITH MOORE LEATHERWOOD
Regions Plaza, Suite 2300
1180 West Peachtree Street
Atlanta, Georgia  30309
404-962-1000 (Telephone)
*kent.coppage@smithmoorelaw.com*

</div>