Mey v. INDS, Inc.  1:14-CV-01846-ELR-RGV

1 MARCH 2016

OBJECTIONS

Auto Warranty TCPA Administrator

PO Box 170700

Milwaukee, WI 53217-0700

Clerk of Court

US District Court for Northern Georgia

75 Ted Turner Dr., SW, Ste ___?___

Atlanta, GA  30303-3315

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAR - 4 2016

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

## CLASS MEMBER OBJECTION TO SETTLEMENT

Reference is made to paragraph 2.2(c) of the Class Action Settlement and Release filed 1/18/16 in the above action for this filing.

Objection is made to the _Cy Pres_ disposition of the residual unpayable settlement funds.   Settlement funds are inherently designed to be financially punitive against the non-prevailing case party.   Exparte' diversion of these "left-over" monies, defeats the spirit of the action to compensate those Class Members who have had unreimbursed out-of-pocket expenses which were not legal or ethical in the actions of the non-prevailing case party.

After the statutory time for all included, any unspent funds should be pro-rata re-divided equally among all Class Members who already have been rightfully compensated.

Respectfully submitted,

_/s/ RMB_

Robert M. Balick

PO Box 4525

Rome, NY 13442-4525

Tels  315-336-0485,  315-334-0042

Appearing by letter only

No witnesses

PO Box 4525
Rome, NY
13442-4525

SYRACUSE NY 130
01 MAR 2016 PM 4 L

Clerk of Court
US District Court for Northern Georgia
75 Ted Turner Dr, Ste _____ (?)
Atlanta, GA 30303-3315

30303331861