ELR

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAR - 7 2016

JAMES N. HATTEN, Clerk
BY: Deputy Clerk

Clerk of Court
United States District Court for the Northern District of Georgia
75 Ted Turner Dr. SW
Atlanta, GA 30303

Re: ***Mey v. Interstate National Dealer Services, Inc.***, Civil Action No. 14-CV-01846

To Whom it May Concern:

I am a member of the putative class referenced above. I object to a portion of the settlement.

Specifically, I object to the proposed Attorney Fee award of $1,400,000. Such amount equates to 33% of the entire settlement fund, which includes claim payments, expenses of administration and a putative class representative award. Given the nature of the claims and the short time in which the case was pending, the attorney fee award appears to be excessive. The Notice and settlement agreement do not set forth any basis to conclude that special skill was required to file this type of cases – the literature available on-line suggests that these cases are subject to few defenses. While the settlement agreement recites significant discovery battles, it does not establish a basis in which liability was seriously challenged and/or that extraordinary skill was required to obtain a recovery on behalf of the class. While the suit appears meritorious, the skill appears to be mostly in identifying a class representative on whose behalf suit could be filed and locating the entity committing the violation. Given the low risk required to prosecute matters such as this, the quick resolution and the fact that the attorney fee award reduces the amount available to the class as a whole, an award of 10-15% of the Fund would be more in line.

I also object to the Class Representative Award of $15,000. That appears significantly excessive. Based on the type of case and the nature of the injury, the short duration of the case, and given that the class representative award reduces the amount available to the class, an award of $1,000-2,500 at most seems appropriate.

I do not plan to appear at the final approval hearing.

Very truly yours,

Gregory J. Sachnik
214-629-8867


CC:
Auto Warranty TCPA Administrator
OBJECTIONS
PO Box 170700
Milwaukee WI 53217

SACHNIK
3912 SUNDEW
PLANO, TX 75093

CLERK OF COURT
U.S. Dist Court for the N. Dist of GA
75 TED TURNER DR SW
ATLANTA, GA 30303