RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
MAR 15 2016
JAMES N. HATTEN, Clerk
By: Deputy Clerk

ELR

Jack B. Lyle
1515 Huntington Lane, Apt 228
Rockledge FL 32955

11 March 2016

Auto Warranty TCPA Claims Administrator
c/o A.B.Data, Ltd.
PO Box 170800
Milwaukee WI 53217-9940

To whom it may concern:

I do not answer telemarketing calls and I do not buy products from telemarketers. I also do not participate in class action lawsuits that notify me by bulk mail postcards. That is particularly true when the post card begins with the question "How much money can I get?" No, you do not get my cell phone number. However, I insist you remove my name and address from your database.

Thank you,

Jack B. Lyle

Enclosure: Bulk mail copy

CC: James N. Hatten, Clerk of Court



NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

# BUSINESS REPLY MAIL
FIRST-CLASS MAIL     PERMIT NO. 23202     MILWAUKEE, WI

POSTAGE WILL BE PAID BY ADDRESSEE

**AUTO WARRANTY TCPA CLAIMS**
**PO BOX 170800**
**MILWAUKEE WI 53217-9940**

---

**How much money can I get?** If the Court approves the Settlement, every Settlement Class Member who submits a valid Claim Form will be entitled to an equal payment from the Settlement Fund. Your actual payment amount will depend on how many Settlement Class Members submit valid Claim Forms. The Settlement Fund will be divided and distributed equally—sometimes referred to as "pro rata"—to all Settlement Class Members who submit a valid Claim Form after attorneys' fees, costs and expenses, an award for the Class Representative, and notice and administration costs have been deducted.
**How can I get a payment?** You must complete and mail the attached Claim Form by no later than **March 24, 2016**. Claim Forms may also be completed online at AutoWarrantyTCPA.com or obtained by calling the Settlement Administrator at **866-963-9977**.
**What are my options?** If you are a Settlement Class Member and you submit a Claim Form or do nothing, and the Court approves the Settlement, you will be bound by all of the Settlement terms, including the releases of claims. You may "opt out" (exclude yourself) from the Settlement. If you opt out, you will not receive a payment, and you will not release any claims. You will be free to pursue whatever legal rights you may have at your own risk and expense. To exclude yourself from the Settlement, you must mail a request for exclusion to the Auto Warranty TCPA Administrator, attn: EXCLUSIONS, PO Box 170700, Milwaukee WI 53217 postmarked by **March 24, 2016** that includes your full name, address, telephone number(s) you maintain were called, a statement that you wish to be excluded from the Settlement and your personal signature. A request to be excluded that does not comply with all of the above criteria will be considered invalid. Unless you properly exclude yourself from this Settlement, you give up your right to sue or continue a lawsuit over the issues in this settlement. You may object to the Settlement by submitting a written objection in *Mey v. Interstate National Dealer Services, Inc.*, No. 14-CV-01846, postmarked by **March 24, 2016** to (1) the Clerk of Court, U.S. District Court for the Northern District of Georgia, 75 Ted Turner Dr. SW, Atlanta, GA 30303; and (2) the Auto Warranty TCPA Administrator, attn: OBJECTIONS, PO Box 170700, Milwaukee WI 53217. Any objection must include your full name; address; telephone numbers that you maintain were called; all grounds for your objection, with factual and legal support for each stated ground; the identity of any witnesses you may call to testify; copies of any exhibits that you intend to introduce into evidence; and a statement of whether you intend to appear at the Final Approval Hearing with or without counsel. Attendance at the hearing is not necessary. If you want to be heard orally (either personally or through counsel) in opposition to the Settlement, you must file a timely objection as set forth above.
**When will the Settlement be finally approved?** The Court will hold the Final Approval Hearing at **10:00 a.m. on June 7, 2016** at the U.S. District Court for the Northern District of Georgia. At the hearing, the Court will consider whether to approve: the proposed Settlement as fair, reasonable, and adequate; Class Counsel's request of $1,400,000 in fees in addition to their costs and expenses;

and a $15,000 payment to the Class Representative. The Court will also hear objections to the Settlement. If approval is denied, reversed on appeal, or does not become final, the case will continue and claims will not be paid.

**Want more information?** The Settlement Agreement and other relevant documents are available at AutoWarrantyTCPA.com. Pleadings and documents filed in Court may be reviewed or copied in the office of the Clerk. Please do not call the Judge or the Clerk of the Court. They cannot give you advice on your options.

### DIRECT NOTICE PROOF OF CLAIM FORM

Complete the steps below to submit a claim under the settlement described in the Notice. You must complete and return this Claim Form (or complete the online claim form at AutoWarrantyTCPA.com) before the deadline to be eligible to receive a payment under the Settlement.

1. Records produced in this case indicate the name and address information for you as appears on the mailing portion of this postcard.
2. **Verify that you are a member of the Settlement Class:**

I certify that, between 6/12/2010 and 1/28/2016:
- I received more than one telephone solicitation from or on behalf of Interstate National Dealer Services ("INDS") without my express consent within a twelve-month period to my telephone number that, at the time of the calls, was listed on the National Do Not Call Registry; and/or
- I received a call from or on behalf of INDS to my cellular telephone number without my express consent.
  - ☐ By checking this box, I am confirming that, between 6/12/10 –1/28/16, **I owned the telephone number(s)** _____ (Please list your **Do-Not-Call-listed or cellular telephone number/s.**)

IF YOUR NAME/ADDRESS HAS CHANGED, PLEASE PROVIDE UPDATED INFORMATION.

Name:_____

Address:_____

City/State/Zip:_____

Telephone number(s) for which claim is submitted: _____

**Sign this Claim Form and mail it to the Claims Administrator.** Sign below and place form in the mail (no postage needed), postmarked no later than **March 24, 2016**.

NOTE: Only **one** claim is permitted per class member.

I certify that the foregoing statements are true and correct. I understand that the Claims Administrator, Class Counsel, and counsel for Interstate have the right to verify my responses and dispute any claims that are based on inaccurate responses.

Signature: _____

Name: _____

Date: _____

---

NOTICE OF CLASS ACTION & PROPOSED SETTLEMENT
THE COURT AUTHORIZED THIS NOTICE. THIS IS NOT A SOLICITATION FROM A LAWYER.

A proposed settlement (the "Settlement") has been reached in a class action lawsuit called *Mey v. Interstate National Dealer Services, Inc., et al.*, No. 1:14-CV-01846-ELR-RGV, pending in the U.S. District Court for the Northern District of Georgia (the "Lawsuit"). The Lawsuit alleges that telemarketing calls made by or on behalf of Interstate for the purpose of marketing automobile warranties violated the Telephone Consumer Protection Act, 47 U.S.C. § 227 (the TCPA). Interstate maintains that it did not make any unsolicited telemarketing calls, or authorize any service providers to do so. It also maintains that it has strong, meritorious defenses to the claims alleged in the Lawsuit and that it was prepared to vigorously defend all aspects of the Lawsuit. Nonetheless, Interstate has agreed to the Settlement to avoid the further expense, inconvenience, and distraction of burdensome litigation.

**Who is Included?** You were identified as someone who may have received one of these phone calls since June 12, 2010. Specifically, you are a Settlement Class Member if, between June 12, 2010, and January 28, 2016: (a) more than one telephone solicitation to Interstate within a twelve-month period to your telephone number that, at the time of the calls, was listed on the National Do Not Call Registry; and/ or (b) a call was allegedly initiated or made by or on behalf of Interstate to your cellular telephone number.

---

AUTO WARRANTY TCPA
CLAIMS ADMINISTRATOR
c/o A.B. DATA, LTD.
PO BOX 170900
MILWAUKEE, WI 53217

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE PAID
MILWAUKEE, WI
PERMIT NO. 3780

Date: February 18, 2016
Important and Time-Sensitive; Issued by Court Order
Postal Service: Please Do Not Mark or Cover Barcode

3225733I
000671
JACK B. LYLE
Apt 228
1515 Huntington Ln
Rockledge FL 32955-2645

J. B. Lyle
1515 Huntington Lane
Apt 228
Rockledge FL 32955

ORLANDO FL 328
12 MAR 2016 PM 5 L
CLEARED 2016

James N. Hatten
Clerk of Court
Northern District of Georgia
United States Courthouse
75 Spring Street SW
Atlanta GA 30303-3361