IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| DIANA MEY, individually and on behalf of a class of all persons and entities similarly situated, | * * * * | |
| Plaintiff, | * * | |
| v. | * * | 1:14-CV-01846-ELR |
| INTERSTATE NATIONAL DEALER SERVICES, INC., et al., | * * * | |
| Defendants. | * * | |

**ORDER**

With the consent of counsel for all parties, the Court hereby **RESCHEDULES** the Final Approval of Class Action Settlement Hearing for **Tuesday, June 7, 2016** at **1:00 PM** in Courtroom 1708, U.S. Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia.

**SO ORDERED**, this 2nd day of June, 2016.

Eleanor L. Ross
United States District Judge
Northern District of Georgia