# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| DIANA MEY, individually and on behalf of a class of all persons and entities similarly situated, | |
| Plaintiff, | |
| | Case No. 14-cv-01846-ELR |
| vs. | |
| INTERSTATE NATIONAL DEALER SERVICES, INC., N.C.W.C., Inc. D/B/A DEALER SERVICES, ALL AMERICAN AUTO PROTECTION, INC., DAVID CUNNINGHAM, and US DIRECT PROTECT LLC, | CLASS ACTION |
| Defendants. | |

## DEFENDANT DAVID CUNNINGHAM'S
## NOTICE REGARDING CLASS ACTION SETTLEMENT

Defendant David Cunningham, by and through his undersigned counsel, hereby provides notice that he does not object to final approval of the class action settlement, which is scheduled to be heard by the Court on June 7, 2016.

Respectfully submitted this 3rd day of June, 2016.

/s/ *Jason S. Alloy*
Jason S. Alloy
Georgia Bar No. 013188
ROBBINS ROSS ALLOY BELINFANTE
 LITTLEFIELD LLC
999 Peachtree Street, N.E.
Suite 1120
Atlanta, Georgia 30309
Telephone: 678-701-9381
Facsimile: 404-856-3250

*Attorneys for Defendant*
*David Cunningham*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day filed a copy of the within and foregoing **DEFENDANT DAVID CUNNINGHAM'S NOTICE REGARDING CLASS ACTION SETTLEMENT** with the Clerk of Court using the CM/ECF system, which automatically sends counsel of record email notification of such filing.

This 3rd day of June, 2016.

/s/ *Jason S. Alloy*
Jason S. Alloy